Attachment 2 - EEOC Complaint Form

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## _____ DIVISION

CARRINGTON, CRISANN, Renée Lisa-marie

JUDGE DAVID BRIONES

(Name of plaintiff or plaintiffs)

Civil Action Number EP19CV0248

v.

Speaking Rock Entertainment Center AKA Wynfs Enterprises AKA Wings N Spirit INC

(Supplied by Clerk's Office)

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by CRISANN CARRINGTON, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Wynfs Enterprises AKA Wings N Spirit INC AKA Speaking Rock Entertainment Center (Defendant's name) lives at, or its business is located at 122 South Old Pueblo (street address), _____ (city), El Paso (state), Texas (zip).

28

Rev. Ed. October 26, 2017

3a.  Plaintiff sought employment from the defendant or was employed by the defendant at 122 South old Pueblo _____ (street address), (city), El Paso _____ (state), Texas _____ (zip).

3b.  At all relevant times of claim of discrimination, Defendant employed more than 500 (#) employees.  If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about January (month) 3 (day) 2019 (year).  If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: 1,3 2019 - 6, 20 2019

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _____ (month) August (day) 22, 2019 (year).  (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) August (day) 30, 2019 (year).  (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

[X] Yes
[ ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.  Because of plaintiff's:

**(Please select the applicable allegation(s))**

[X]  Race (If applicable, state race) Bi-racial

[ ]  Color (If applicable, state color) _____

29

Rev. Ed. October 26, 2017

[X] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[ ] Disability (If applicable, state disability) _____

[X] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant: (please select all that apply)

[ ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[X] failed to promote plaintiff.

[X] harassed plaintiff.

[ ] other (specify) Several (marcus, Edgar, Jose, Christo, darrell, Solis, Gomez, Garcia) Supervisors, assistant managers and managers repeatedly attempted to promote me. Promotion was ignored, Harrassment and retaliation worsened due to this.

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff PERSONALLY:

**VERY IMPORTANT NOTE:** INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, 18, June 2019, AND ANY SPECIFIC COMMENTS MADE BY Officer Solice of DEFENDANT PERTAINING TO THE Tribal police explained DISCRIMINATION CLAIM ALLEGED ABOVE. Ophelia Buando Attacked me in Retaliation.

June 18th, 2019 Assaulted, Harrassed, retaliated against. - Stopped attacker, retreated/walked to safe place, with supervisor, called police. - SEE Attached (Incident Reports) 1-11/11

• Terminated 20, June 2019 for violation of Co-policy, physical altercation. Explained the attack and need for self defense, was treated wrongfully terminated.

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Assistant Security manager: Aldo, Lilly (SR 99), SR 37 (name unknown) (SR), Martha Hudson, security manager Leo, security supervisor Darrell, Security supervisor Jose Gomez, security supervisor Edgar (SR 122), security assistant manager Christo Garcia (SR 13)

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: Incident reports (Attached), police reports, protective orders, surveillance tapes, Harrassment timeline submitted to Leo and Martha Hudson, police surveillance tapes from inside of speakingrock, directed at womens employee restroom.

30

Rev. Ed. October 26, 2017

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [X] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[X] Defendant be directed to re-employ plaintiff.

[X] Defendant be directed to promote plaintiff.

[X] Defendant be directed to Compensate plaintiff for Hardships endured and grant employment security for the duration of plaintiffs education. and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

4, September 2019
Date

_____
Signature of Plaintiff

3531 Rivera Avenue #6
Address of Plaintiff

El Paso      Texas         79905
City         State         Zip Code

Telephone Number(s)

31

Rev. Ed. October 26, 2017