## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| CRISANN R. CARRINGTON,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-19-CV-248-DB |
| SPEAKING ROCK<br>ENTERTAINMENT CENTER a/k/a<br>WINGS ENTERPRISES a/k/a WINGS<br>N SPIRIT INC.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court entered an Order for voluntary dismissal of the above-captioned case. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** this **9th** day of **September 2019**.


_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE